## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **G&G CLOSED CIRCUIT EVENTS, AS BROADCAST LICENSEE OF THE SEPTEMBER 15, 2018 SAUL "CANELO" ALVAREZ V. GENNADY "GGG" GOLOVKIN II CHAMPIONSHIP FIGHT PROGRAM,** | § § § § § § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | EP-21-CV-00218-FM |
| **LA PATRONA SEAFOOD & CANTINA, LLC, individually, and f/k/a LA PATRONA SEAFOOD & CANTINA and f/k/a LA PATRONA BAR and f/k/a LA TQLERA RESTAURANT & BAR and n/k/a CIROS BAR & KITCHEN EAST; ABEL COSSIO MONTELONGO a/k/a ABEL COSSIO, individually, and f/k/a LA PATRONA SEAFOOD & CANTINA and f/k/a LA TQLERA AND LA TQLERA RESTAURANT & BAR and n/k/a CIROS BAR & KITCHEN EAST,** | § § § § § § § § § § § § § § § § § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL

    The court considers the status of this cause. Plaintiff G&G Closed Circuit Events, LLC filed its complaint in September 2022.[1] Defendant La Patrona Seafood & Cantina, LLC was served on October 21, 2021.[2] Defendant Abel Cossio Montelongo was served on November 30, 2021.[3]

---

[1] "Plaintiff's Original Complaint," ECF No. 1, filed Sept. 13, 2021.

[2] "Summons in a Civil Action" 2, ECF No. 8, filed Jan. 18, 2021.

[3] "Summons in a Civil Action" 2, ECF No. 9, filed Jan. 18, 2021.

1

On Plaintiff's motion, the Clerk of the Court entered default against these Defendants on January 31, 2022.[4] On August 10, 2022, the court ordered Plaintiff to show cause as to why it had yet to file a motion for default judgment.[5] Plaintiff responded on September 1 that it "wishes to continue to prosecute its claims" and asked the court not to dismiss this case.[6] It asserted it "will file its motion for default judgment against Defendants La Patrona Seafood & Cantina, LLC and Abel Cossio Montelongo."[7] The court still has received no motions for default judgment. Accordingly, due to Plaintiff's failure to prosecute, it is **HEREBY ORDERED** that all claims are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED AND ENTERED** this **9th** day of **November 2022**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[4] "Entry of Default (Solely as to Defendants La Patrona Seafood & Cantina, LLC & Abel Cossio Motelongo)," ECF No. 16, filed Jan. 31, 2022.

[5] "Order to Show Cause" 1, ECF No. 18, entered Aug. 10, 2022.

[6] "Plaintiff's Response to Show Cause Order" 2, ECF No. 20, filed Sept. 1, 2022.

[7] *Id.*